## United States District Court for the Northern District of Illinois

Case Number: 08CV3133                    Assigned/Issued By: DAJ

Judge Name: GETTLEMAN                    Designated Magistrate Judge: NOLAN

### FEE INFORMATION

*Amount Due:*   [✓] $350.00        [ ] $39.00        [ ] $5.00

                [ ] IFP            [ ] No Fee        [ ] Other _____

                [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                        Receipt #: 4624003518

Date Payment Rec'd: 05/30/08               Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                                [ ] Alias Summons

[ ] Third Party Summons                    [ ] Lis Pendens

[ ] Non Wage Garnishment Summons           [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons     _____
                                           _____
                                           (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

 4  Original and  0  copies on  05/30/08  as to  DEF'S _____
                                (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05