# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Illinois

Case Number: 08-CV-3133-RCC

| | |
|---|---|
| Plaintiff:<br>**Trovare Capital Group, LLC**<br>vs.<br>Defendant:<br>**Simkin Industries, Inc.; Harvard Folding Box Co., Inc.; Linden-Summer Realty Co., Inc.; and South Union Company, Inc.** | Service Documents:<br>Summons in a Civil Case; Complaint; and Document 1-2 |

For:
Ronald A. Stearney
Law Offices of Ronald A. Stearney
211 West Wacker Drive
Suite 500
Chicago, IL 60606

Received by Edward Bowser & Associates on the 4th day of June, 2008 at 11:44 am to be served on **South Union Company, Inc., 71 Linden Street, Lynn, MA 01905**.

I, Edward T. Bowser, III, being duly sworn, depose and say that on the **4th day of June, 2008** at **1:25 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Case; Complaint; and Document 1-2** with the date of service endorsed thereon by me, to: **Christine Tarnowski** as **Controller** for **South Union Company, Inc.**, at the address of: **71 Linden Street, Lynn, MA 01905**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

**Edward T. Bowser, III**
Process Server

Subscribed and Sworn to before me on the 4th day of June, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

State of Massachusetts
My Commission Expires 11/23/12

**Edward Bowser & Associates**
49 Irving Street
Post Office Box 1001
Winchester, MA 01890-8301
(617) 820-0449
Our Job Serial Number: 2008000201
Ref: Trovare v Simkins


KEITH PAULETTI
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires Nov. 23, 2012

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Trovare Capital Group, LLC

V.

Simkins Industries, Inc.
Harvard Folding Box Co., Inc.
Linden-Summer Realty Co., Inc.
South Union Company, Inc.

CASE NUMBER:  08 cv 3133

ASSIGNED JUDGE:  Robert Gettleman

DESIGNATED
MAGISTRATE JUDGE:  Nan Nolan

TO: (Name and address of Defendant)

SOUTH UNION COMPANY, INC.
71 Linden St.
Lynn, MA 01905

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ronald A. Stearney, Jr.
211 W. Wacker Drive, Suite 500
Chicago, IL 60606
312-456-6900
312-456-6902 (Fax)

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAY 3 0 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  June 4, 2008 |
| NAME OF SERVER (PRINT)  Edward T. Bowser III | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: __71 Linden Street__ __Lynn MA to Christine Tarnowski, Controller__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 25.00 | 50.00 | 75.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __06-04-08__
Date

Signature of Server: _Edward Bowser III_

Address of Server: PO Box 1001, Winchester MA 01890

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.