UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

AFFIDAVIT OF SERVICE

**Trovare Capital Group, LLC.**

vs.

**CASE NO.: 08 cv 3133**

**Simkins Industries, Inc., et al.**

_____/

```
STATE OF CONNECTICUT
COUNTY OF NEW HAVEN    ss.
```

**Stuart Perlmutter**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of twenty-one and not a party to this action.

That on **06/10/2008** at **9:30 AM**, Deponent served the within named **Simkins Industries, Inc.** by delivering a true copy of the **Summons and Complaint** to **Bernice Obier, Manager**, a person authorized to accept service on behalf of **Simkins Industries, Inc.**.
Said service was effected at **260 East Street, New Haven, CT 06511**.

Description:
Sex: Female – Age: 50 – Skin: White – Hair: Brown – Height: 5'7 – Weight: 160
Other Features:

To the best of my knowledge and belief, said person was not engaged in the U.S. Military at the time of service.

The undersigned declares under penalty of perjury that the foregoing is true, correct and my free act and deed.

X_____
Stuart Perlmutter
Date: 6/12/08

```
Sworn to and subscribed before me this
12 day of June, 20 08
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: 12/31/08
```

Client File#:   – Our File# 35574

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Trovare Capital Group, LLC

V.

Simkins Industries, Inc.
Harvard Folding Box Co., Inc.
Linden-Summer Realty Co., Inc.
South Union Company, Inc.

CASE NUMBER: 08 cv 3133

ASSIGNED JUDGE: Robert Gettleman

DESIGNATED
MAGISTRATE JUDGE: Nan Nolan

TO: (Name and address of Defendant)

SIMKINS INDUSTRIES, INC.
260 East Street
New Haven, CT 06511

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ronald A. Stearney, Jr.
211 W. Wacker Drive, Suite 500
Chicago, IL 60606
312-456-6900
312-456-6902 (Fax)

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAY 3 0 2008

DATE