U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
ATTORNEY APPEARANCE FORM

**NOTE:** In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of: | Case Number: 08CV3133 RCC |

**TROVARE CAPITAL GROUP, LLC, Plaintiff**
v.
**SIMKINS INDUSTRIES, INC., HARVARD FOLDING BOX CO., INC., LINDEN-SUMMER REALTY CO., INC., and SOUTH UNION COMPANY, INC., Defendants**

**Appearance Is Hereby Filed by the Undersigned as Attorney For:**

**SIMKINS INDUSTRIES, INC., HARVARD FOLDING BOX CO., INC., LINDEN-SUMMER REALTY CO., INC., and SOUTH UNION COMPANY, INC.**

| NAME (Type or print) |
|---|
| Thomas W. Mulcahy |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| /s/Thomas W. Mulcahy    tmulcahy@crishamlaw.com |

| FIRM |
|---|
| Crisham & Kubes, Ltd. |

| STREET ADDRESS |
|---|
| 30 N. LaSalle Street, Suite 2800 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06272757 | (312) 327-2500 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]    NO |
|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [X]    NO |
|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]    NO |
|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES   NO [X] |
|---|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ |

Doc:287324  50195/10877

*Trovare Capital Group, LLC v. Simkins Industries, et al.*
**Case No. 08-CV-3133**

## CERTIFICATE OF SERVICE

      I, Thomas W. Mulcahy, hereby certify that on July 21, 2008 I electronically filed the foregoing Appearance with the Clerk of the Court using the CM / ECF system which sent notification of such filing to the below named attorneys on the service list and shall comply with Fed.R.Civ.P. 5(b)(2)(D) as to any party who is not an E-Filer or represented by an E-Filer.

                                   /s/   Thomas W. Mulcahy
                                   Bar Number 06205802
                                   Attorney for Defendants
                                   CRISHAM & KUBES, LTD.
                                   30 North LaSalle Street, Suite 2800
                                   Chicago, Illinois 60602
                                   (312) 327-2500
                                   tmulcahy@crishamlaw.com

***Attorney for Plaintiff***
Ronald A. Stearney, Jr.
Law Offices of Ronald A. Stearney
211 W. Wacker Drive, Suite 500
Chicago, IL  60606
Phone: (312) 456-6900
Fax:   (312) 456-6902
ron@stearneylaw.com

Doc:287324  50195/10877