IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TROVARE-CAPITAL GROUP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-CV-3133 RCC |
| | ) | |
| SIMKINS INDUSTRIES, INC., | ) | Honorable Judge Gettleman |
| HARVARD FOLDING BOX CO., INC., | ) | Magistrate Judge Nolan |
| LINDEN-SUMMER REALTY CO., INC., | ) | |
| and SOUTH UNION COMPANY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PETITION FOR *PRO HAC VICE* APPEARANCE
OF TIMOTHY C. RUSSELL**

NOW COME Defendants, SIMKINS INDUSTRIES, INC., HARVARD FOLDING BOX CO., INC., LINDEN-SUMMER REALTY CO., INC., and SOUTH UNION COMPANY, INC. (collectively "Defendants"), by and through their counsel, Jeffrey T. Kubes and Thomas W. Mulcahy of Crisham & Kubes, Ltd., and pursuant to Local Rule 83.14 respectfully petition this Court for entry of an Order granting TIMOTHY C. RUSSELL leave to appear *pro hac vice* on behalf of the Defendants for the sole and limited purpose of participating in the representation of the Defendants in the above-captioned case, and only for the duration of the case. In support thereof, Defendants state as follows:

1. Defendants desire to have Timothy C. Russell, who is currently not admitted to the United States District Court for the Northern District of Illinois, represent their interests in connection with the above captioned lawsuit.

2. Mr. Russell has completed the requisite Application for Leave to Appear *Pro Hac Vice* (which is attached hereto) and will deposit the requisite fee with the Clerk of the Court upon

being granted leave to appear *pro hac vice*.

  3. Counsel for Defendants state that they have been designated as counsel upon whom service of papers may be made for purposes of Local Rule 83.15.

  WHEREFORE, SIMKINS INDUSTRIES, INC., HARVARD FOLDING BOX CO., INC., LINDEN-SUMMER REALTY CO., INC., and SOUTH UNION COMPANY, INC. (collectively "Defendants") respectfully request that this Court enter an Order granting Timothy C. Russell leave to appear *pro hac vice* on behalf of the Defendants in this matter and for any other and further relief that this Court deems just and appropriate.

          Respectfully submitted,

          s/ Thomas W. Mulcahy
          Bar Number 6272757
          Attorney for Defendants
          CRISHAM & KUBES, LTD.
          30 North LaSalle Street, Suite 2800

Jeffrey T. Kubes       Chicago, Illinois 60602
Thomas W. Mulcahy      (312) 327-2500
CRISHAM & KUBES, LTD.    tmulcahy@crishamlaw.com
30 N. LaSalle, Suite 2800
Chicago, IL 60602
(312) 327-2500
Firm No.: 38579
jkubes@crishamlaw.com
tmulcahy@crishamlaw.com

(Revised 02/01/01)

# United States District Court   Northern District of Illinois
## APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

| Case Title: | Trovare Capital Group, Inc. | Plantiff(s) |
|---|---|---|
| | VS. | |
| | Simkins Industries, Inc. | |
| | Harvard Folding Box Co., Inc., Linden-Summer Realty Co., Inc. and South Union Company, Inc. | Defendant(s) |

| Case Number: 08-cv-3133 | Judge: Gettleman |
|---|---|

I, __Timothy C. Russell__ hereby apply to the Court under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of __Simkins Industries, Inc.; Harvard Folding Box, Co., Inc.; Linden-Summer Realty Co., Inc.; South Union Co., Inc.__ by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | DateAdmitted |
|---|---|
| Pennsylvania Supreme Court | 1973 |
| District of Columbia Court of Appeals | 1980 |
| U.S. Court of Appeals for the Third Circuit | 1973 |
| U.S. District Court for the Eastern District of PA | 1975 |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| | NONE | |
| | | |
| | | |
| | | |

*If denied, please explain:
(Attach additional form if necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

Has the applicant designated local counsel?   Yes [X]   No [ ]

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

Has the applicant ever been:

| | | |
|---|---|---|
| censured, suspended, disbarred, or otherwise disciplined by any court? | Yes ☐ | No ☒ |
| or is the applicant currently the subject of an investigation of the applicant's professional conduct? | Yes ☐ | No ☒ |
| transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court? | Yes ☐ | No ☒ |
| denied admission to the bar of any court? | Yes ☐ | No ☒ |
| held in contempt of court? | Yes ☐ | No ☒ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois, effective November 12, 1991 (Local Rules 83.50 through 83.58), and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, effective December 15, 1992, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

July 18, 2008
Date

*/s/ T. Russell*
Signature of Applicant

| Applicant's Name | Last Name<br>Russell | First Name<br>Timothy | Middle Name/Initial<br>C. |
|---|---|---|---|
| Applicant's Law Firm | Spector Gadon & Rosen, P.C. | | |
| Applicant's Address | Street Address (include suite or room number)<br>1635 Market Street, 7th Floor | | State Bar Number<br>17853 |
| | City<br>Philadelphia | State<br>PA | ZIP Code<br>19103 | Work Phone Number<br>215.241.8917 |

(The pro hac vice admission fee is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date, and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)

(Fee Stamp)

NOTE: Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $150.00 The fee for pro hac vice admission is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

### ORDER

IT IS ORDERED that the applicant herein may appear in the above-entitled case.

DATED: _____        _____
                                    United States District Judge