IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TROVARE-CAPITAL GROUP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-CV-3133 RCC |
| | ) | |
| SIMKINS INDUSTRIES, INC., et al., | ) | Honorable Judge Gettleman |
| | ) | Magistrate Judge Nolan |
| Defendants. | ) | |

**AMENDED NOTICE OF MOTIONS**

TO:   See attached Service List

PLEASE TAKE NOTICE that on **July 29, 2008 at 9:15 a.m.**, we shall appear before the Honorable Judge Robert W. Gettleman in Room 1703 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the following motions, which were filed with the Clerk of the Court using the CM/ECF system and served the same via electronic mail on July 21, 2008. :

(1)   UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT;

(2)   PETITION FOR PRO HAC VICE APPEARANCE OF TIMOTHY C. RUSSELL;

(3)   PETITION FOR PRO HAC VICE APPEARANCE OF PETER N. KESSLER.

                                                Respectfully submitted,

                                                s/    Thomas W. Mulcahy

Jeffrey T. Kubes                                Bar Number 6272757
Thomas W. Mulcahy                               Attorney for Defendants
CRISHAM & KUBES, LTD.
30 N. LaSalle, Suite 2800
Chicago, IL  60602
(312) 327-2500
Firm No.: 38579
jkubes@crishamlaw.com
tmulcahy@crishamlaw.com

*Trovare Capital Group, LLC v. Simkins Industries, et al.*
Case No. 08-CV-3133

### SERVICE LIST

*Attorney for Plaintiff*
Ronald A. Stearney, Jr.
Law Offices of Ronald A. Stearney
211 W. Wacker Drive, Suite 500
Chicago, IL  60606
Phone: (312) 456-6900
Fax:    (312) 456-6902
ron@stearneylaw.com

### CERTIFICATE OF SERVICE

    I, Thomas W. Mulcahy, hereby certify that on July 23, 2008 I electronically filed the foregoing **Amended Notice of Motion** with the Clerk of the Court using the CM / ECF system which sent notification of such filing to the above named attorney on the service list and shall comply with Fed.R.Civ.P. 5(b)(2)(D) as to any party who is not an E-Filer or represented by an E-Filer.

                                            /s/     Thomas W. Mulcahy
                                            Bar Number 06205802
                                            Attorney for Defendants
                                            CRISHAM & KUBES, LTD.
                                            30 North LaSalle Street, Suite 2800
                                            Chicago, Illinois 60602
                                            (312) 327-2500
                                            tmulcahy@crishamlaw.com