## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3133 | **DATE** | 7/30/2008 |
| **CASE TITLE** | Trovare Capital Group　vs　Simkins Industries, Inc. | | |

**DOCKET ENTRY TEXT:**

Defendants' unopposed motion [13] for extension of time to 8/1/2008 to answer or otherwise plead to plaintiff's complaint is granted.
Motion [14] for leave to appear pro hac vice by Timothy C. Russell is granted.
Motion [15] for leave to appear pro hac vice by Peter N. Kessler is granted.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|