IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TROVARE-CAPITAL GROUP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-CV-3133 RCC |
| | ) | |
| SIMKINS INDUSTRIES, INC., et al., | ) | Honorable Judge Gettleman |
| | ) | Magistrate Judge Nolan |
| Defendants. | ) | |

**RE-NOTICE OF MOTION**

TO:   See attached Service List

PLEASE TAKE NOTICE that on **August 19, 2008 at 9:15 a.m.**, we shall appear before the Honorable Judge Robert W. Gettleman in Room 1703 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the following motion, which was filed with the Clerk of the Court using the CM/ECF system and previously served the same via electronic mail on August 1, 2008:

1)   Defendants' Motion for Dismissal of the Complaint for Failure to State a Claim Upon Which Relief Can Be Granted; and

2)   Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Complaint for Failure to State a Claim.

Respectfully submitted,

s/   Thomas W. Mulcahy
Bar Number 6272757
Attorney for Defendants

Jeffrey T. Kubes
Thomas W. Mulcahy
CRISHAM & KUBES, LTD.
30 N. LaSalle, Suite 2800
Chicago, IL  60602
(312) 327-2500
Firm No.: 38579
jkubes@crishamlaw.com
tmulcahy@crishamlaw.com

## CERTIFICATE OF SERVICE

      I, Thomas W. Mulcahy, hereby certify that on August 4, 2008 I electronically filed the foregoing **Re-Notice of Motion** with the Clerk of the Court using the CM / ECF system which sent notification of such filing to the above named attorney on the service list and shall comply with Fed.R.Civ.P. 5(b)(2)(D) as to any party who is not an E-Filer or represented by an E-Filer.

      /s/    Thomas W. Mulcahy
      Bar Number 6272757
      Attorney for Defendants
      CRISHAM & KUBES, LTD.
      30 North LaSalle Street, Suite 2800
      Chicago, Illinois 60602
      (312) 327-2500
      tmulcahy@crishamlaw.com

*Trovare Capital Group, LLC v. Simkins Industries, et al.*
Case No. 08-CV-3133

## SERVICE LIST

**Attorney for Plaintiff**
Ronald A. Stearney, Jr.
Law Offices of Ronald A. Stearney
211 W. Wacker Drive, Suite 500
Chicago, IL  60606
Phone: (312) 456-6900
Fax:    (312) 456-6902
ron@stearneylaw.com

**Attorney for Defendants**
Timothy C. Russell
Peter N. Kessler
Spector Gadon & Rosen, P.C.
Seven Penn Center
1635 Market Street
Seventh Floor
Philadelphia, PA  19103
trussell@lawsgr.com
pkessler@lawsgr.com